=================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
-----------------------------------------------------------------
No. 212  SSM 16
In the Matter of Elaine D. Ward,
          Respondent,
        v.
City of New York, et al.,
          Appellants.


          Submitted by Drake A. Colley, for appellants.
          Submitted by respondent Ward, pro se.



*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules,
order, insofar as appealed from, reversed, with costs, and
petition dismissed in its entirety.  We cannot say that "the
penalty of [revoking petitioner's Master Plumber's license] . . .
shocks the judicial conscience" (Matter of Kelly v Safir, 96 NY2d
32, 40 [2001]; see generally Matter of Pell v Board of Educ. of
Union Free School Dist. No. 1 of Towns of Scarsdale & Mamaroneck,
Westchester County, 34 NY2d 222, 234-235 [1974]).


Decided August 28, 2014